■ ARLENE KIRK, as Administratrix of the Estate of AUGUSTUS KIRK, Deceased, Appellant, v. LEWIS E. SCHOTTENFELD et al., Respondents.— Judgment of the Supreme Court, Kings County, dated December 27, 1966, affirmed, without costs. No opinion. Appeal from order of said court dated January 24, 1967 dismissed, without costs. An order denying a motion to set aside a jury verdict, made only on the trial minutes, is not appealable. Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.